COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Preston Marshall v. Ribosome, LP.

Appellate case number:    01-18-00108-CV

Trial court case number:  2015-30009

Trial court:              269th Judicial District Court of Harris County


       Appellant Preston Marshall's motion for panel rehearing is **denied**.  All other pending motions are **dismissed as moot**.


Justice's signature:    ___/s/ Gordon Goodman_____
                      Justice Goodman, acting for the Court


Panel consists of Chief Justice Radack and Justices Goodman and Countiss.


Date:  October 3, 2019


*Justice Bland was a member of the original panel, but her term of office expired in the interim. The two remaining justices ruled on the motion. *See* Tex. R. App. P. 49.3.